IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:18-cv-75 (WOB-CJS)

LISA MEIMAN                                          PLAINTIFF

VS.                          **JUDGMENT**

AETNA LIFE INS. CO.                                  DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment on the administrative record be, and is hereby, **ENTERED IN FAVOR OF DEFENDANT AETNA LIFE INSURANCE AGAINST PLAINTIFF LISA MEIMAN** and that the Complaint herein is hereby **DISMISSED WITH PREJUDICE.**

This 5th day of November, 2019.



Signed By:
*William O. Bertelsman* WOB
United States District Judge